DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UNIVERSITY PINES, LLC,**
Appellant,

v.

**SUBS AND BURGERS, INC.,**
Appellee.

No. 4D2023-0990

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE20-12658.

Geoffrey B. Marks of Law Offices of Geoffrey B. Marks, Coral Gables, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, and Alan Raines of Raines Legal, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***